# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIE JOYCE SIMMONS, | : |
| Plaintiff, | : |
| v. | : CA 16-00279-C |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | : : : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 9th day of November 2017.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Nancy A Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Berryhill is substituted for Carolyn W. Covin as the proper defendant in this case.